146 A.3d 160

IN THE MATTER OF THOMAS G. FREY, AN ATTORNEY
AT LAW (ATTORNEY NO. 007 671989)

September 28, 2016

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15-281 and DRB 15-396, recommending that **THOMAS G. FREY**, formerly of **METUCHEN**, who was admitted to the bar of this State in 1989, and who has been temporarily suspended from the practice of law since June 11, 2013, be suspended from the practice of law for a period of one year for his unethical conduct in DRB 15-281, and disbarred pursuant to *Rule* 1:20-13(c), based on a motion for final discipline in DRB 15-396;

And the Disciplinary Review Board having concluded that in DRB 15-281, respondent violated *RPC* 5.5(a)(1)(practicing law

while suspended) and *RPC* 8.4(d)(conduct prejudicial to the administration of justice);

And the disbarment recommendation in DRB 15-396 having been based on respondent's guilty plea to two counts of a seven-count indictment filed in the United States District Court for the District of New Jersey charging respondent with conspiracy to obstruct and affect interstate commerce by extortion, in violation of 18 *U.S.C.* § 1951 (a), and wire fraud conspiracy, in violation of 18 *U.S.C.* § 1349, conduct that violates *RPC* 8.4(b)(commission of a criminal act that reflects adversely on a lawyer's honesty, trustworthiness or fitness as a lawyer), and *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation);

And **THOMAS G. FREY** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **THOMAS G. FREY** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that **THOMAS G. FREY** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that **THOMAS G. FREY** comply with *Rule* 1:20-20 dealing with disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20-17.